## ESTATE OF JOHN SIME.

No. 4459—Oct. 11, 1876.

GARNISHMENT PROCESS SERVED ON EXECUTOR.—The executor is not subject to garnishment process for the share of heir who has been sued for a debt; nor can the heir's interest be reached by process of garnishment before distribution.

Construing sections, C. C. P., 717-18-19, 1666.

*George & Loughborough,* for creditor.

*J. H. Smythe,* for Mrs. Sime.

The estate is ready for distribution. A creditor of Mrs. Sime has served upon the executor a garnishment of the interest of Mrs. Sime in the property of the estate, and moves that the executor be ordered to pay his debt out of the moneys now ready to be distributed and paid to her.

By the COURT: Money in the hands of an executor cannot be reached by the process of garnishment before distribution. Estate of Nerac, 35 Cal., 392. Motion denied.